**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00567-JRG (LEAD CASE) |
| DIGITAL TONIC, LLC, | § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00569-JRG (MEMBER CASE) |
| GAMESTOP, INC., | § § | |
| *Defendant.* | § § | |

## **ORDER**

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff WebSock Global Strategies LLC ("Plaintiff"). (Dkt. No. 9.) In the Motion, Plaintiff voluntarily dismisses the above-captioned Member Case No. 2:25-cv-00569-JRG against Defendant GameStop, Inc. ("GameStop") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.) GameStop has not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against GameStop in the above-captioned case are **DISMISSED WITH**

**PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Plaintiff and GameStop not explicitly granted herein are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Member Case No. 2:25-cv-00569-JRG as no parties or claims remain. The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:25-cv-00567-JRG as parties and claims remain.

**So ORDERED and SIGNED this 20th day of August, 2025.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE